# EXHIBIT A

# CERTIFICIATION PURSUANT TO
# THE FEDERAL SECURITES LAWS

I, Mitchell Wax, herby certify, as to the claims asserted pursuant to the federal securities laws, and as amended by the Private Securities Litigation Reform Act of 1995, that:

1. I have reviewed the Complaint against Cross River Bank and authorize the filing of the complaint on my behalf.

2. I did not purchase or acquire Sunlight Financial, LLC ("Sunlight") securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Sunlight securities during the Class Period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

4. The attached sheet lists all of my transactions in Sunlight securities during the Class Period as specified in the Complaint.

5. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

6. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 of September, 2024.

_Mitchell Wax_
Mitchell Wax (Sep 26, 2024 07:47 PDT)
_____

Mitchell Wax

## Schedule A

**Transactions of Mitchell Wax in Sunlight Financial Holdings, LLC**
**January 25, 2021 through October 31, 2023, inclusive**

### ACCOUNT NO. 1

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 3/17/2021 | Buy | SPRQ | 785 | $10.300 |
| 1/28/2021 | Buy | SPRQ | 384 | $12.750 |
| 1/28/2021 | Buy | SPRQ | 200 | $12.750 |
| 1/28/2021 | Buy | SPRQ | 100 | $12.750 |
| 1/28/2021 | Buy | SPRQ | 100 | $12.750 |
| 1/28/2021 | Buy | SPRQ | 1 | $12.750 |
| 7/15/2021 | Buy | SUNL | 300 | $8.500 |
| 7/15/2021 | Buy | SUNL | 5 | $8.500 |
| 7/15/2021 | Buy | SUNL | 90 | $8.500 |
| 7/15/2021 | Buy | SUNL | 88 | $8.500 |
| 7/15/2021 | Buy | SUNL | 1,000 | $8.500 |
| 7/15/2021 | Buy | SUNL | 292 | $8.500 |
| 7/16/2021 | Buy | SUNL | 50 | $7.950 |
| 7/16/2021 | Buy | SUNL | 950 | $7.950 |
| 8/19/2021 | Buy | SUNL | 2,500 | $5.650 |
| 11/4/2021 | Buy | SUNL | 594 | $5.650 |
| 11/4/2021 | Buy | SUNL | 296 | $5.650 |
| 11/4/2021 | Buy | SUNL | 2,878 | $5.650 |
| 11/4/2021 | Buy | SUNL | 6 | $5.650 |
| 11/4/2021 | Buy | SUNL | 42 | $5.650 |
| 11/4/2021 | Buy | SUNL | 4 | $5.650 |
| 11/4/2021 | Buy | SUNL | 600 | $5.650 |
| 11/22/2021 | Buy | SUNL | 5,000 | $4.980 |
| 11/23/2021 | Buy | SUNL | 5,000 | $4.480 |
| 11/26/2021 | Buy | SUNL | 300 | $4.200 |

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 11/26/2021 | Buy | SUNL | 274 | $4.200 |
| 11/26/2021 | Buy | SUNL | 30 | $4.200 |
| 11/26/2021 | Buy | SUNL | 1,396 | $4.200 |
| 12/14/2021 | Buy | SUNL | 200 | $3.600 |
| 12/14/2021 | Buy | SUNL | 299 | $3.600 |
| 12/14/2021 | Buy | SUNL | 100 | $3.600 |
| 12/14/2021 | Buy | SUNL | 100 | $3.600 |
| 12/14/2021 | Buy | SUNL | 301 | $3.600 |
| 12/14/2021 | Buy | SUNL | 400 | $3.600 |
| 12/14/2021 | Buy | SUNL | 3,600 | $3.600 |

### ACCOUNT NO. 2

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 3/17/2021 | Buy | SPRQ | 342 | $10.300 |
| 3/17/2021 | Buy | SPRQ | 158 | $10.300 |
| 3/17/2021 | Buy | SPRQ | 250 | $10.300 |
| 1/28/2021 | Buy | SPRQ | 300 | $12.680 |
| 1/28/2021 | Buy | SPRQ | 100 | $12.680 |
| 1/28/2021 | Buy | SPRQ | 95 | $12.680 |
| 1/28/2021 | Buy | SPRQ | 55 | $12.680 |
| 1/28/2021 | Buy | SPRQ | 100 | $12.680 |
| 1/28/2021 | Buy | SPRQ | 100 | $12.680 |
| 7/15/2021 | Buy | SUNL | 277 | $8.500 |
| 7/15/2021 | Buy | SUNL | 38 | $8.500 |
| 7/15/2021 | Buy | SUNL | 81 | $8.500 |
| 7/15/2021 | Buy | SUNL | 677 | $8.500 |
| 7/15/2021 | Buy | SUNL | 57 | $8.500 |
| 7/15/2021 | Buy | SUNL | 68 | $8.500 |
| 7/15/2021 | Buy | SUNL | 100 | $8.500 |
| 7/15/2021 | Buy | SUNL | 52 | $8.500 |
| 7/15/2021 | Buy | SUNL | 43 | $8.500 |
| 7/15/2021 | Buy | SUNL | 100 | $8.500 |

| Date | Action | Ticker | Quantity | Price |
|---|---|---|---|---|
| 7/15/2021 | Buy | SUNL | 66 | $8.500 |
| 7/15/2021 | Buy | SUNL | 81 | $8.500 |
| 7/15/2021 | Buy | SUNL | 47 | $8.500 |
| 7/15/2021 | Buy | SUNL | 100 | $8.500 |
| 7/15/2021 | Buy | SUNL | 64 | $8.500 |
| 7/15/2021 | Buy | SUNL | 66 | $8.500 |
| 7/15/2021 | Buy | SUNL | 83 | $8.500 |
| 7/16/2021 | Buy | SUNL | 901 | $7.950 |
| 7/16/2021 | Buy | SUNL | 99 | $7.950 |
| 8/19/2021 | Buy | SUNL | 1,074 | $5.650 |
| 8/19/2021 | Buy | SUNL | 200 | $5.650 |
| 8/19/2021 | Buy | SUNL | 1,591 | $5.650 |
| 8/19/2021 | Buy | SUNL | 140 | $5.650 |
| 8/19/2021 | Buy | SUNL | 94 | $5.650 |
| 8/19/2021 | Buy | SUNL | 3,238 | $5.650 |
| 8/19/2021 | Buy | SUNL | 230 | $5.650 |
| 8/19/2021 | Buy | SUNL | 809 | $5.650 |
| 8/19/2021 | Buy | SUNL | 124 | $5.650 |
| 11/4/2021 | Buy | SUNL | 700 | $5.650 |
| 11/4/2021 | Buy | SUNL | 500 | $5.650 |
| 11/4/2021 | Buy | SUNL | 3,220 | $5.650 |
| 11/22/2021 | Buy | SUNL | 5,000 | $4.980 |
| 11/23/2021 | Buy | SUNL | 44 | $4.480 |
| 11/23/2021 | Buy | SUNL | 600 | $4.480 |
| 11/23/2021 | Buy | SUNL | 3,980 | $4.480 |
| 11/23/2021 | Buy | SUNL | 376 | $4.480 |
| 11/26/2021 | Buy | SUNL | 2,000 | $4.200 |
| 12/14/2021 | Buy | SUNL | 5,000 | $3.600 |
| 12/14/2021 | Buy | SUNL | 5,000 | $3.600 |
| 9/29/2022 | Buy | SUNL | 25,000 | $1.150 |

## ACCOUNT NO. 3

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 3/17/2021 | Buy | SPRQ | 785 | $10.300 |
| 1/28/2021 | Buy | SPRQ | 384 | $12.750 |
| 1/28/2021 | Buy | SPRQ | 200 | $12.750 |
| 1/28/2021 | Buy | SPRQ | 100 | $12.750 |
| 1/28/2021 | Buy | SPRQ | 100 | $12.750 |
| 1/28/2021 | Buy | SPRQ | 1 | $12.750 |
| 7/15/2021 | Buy | SUNL | 8 | $8.500 |
| 7/15/2021 | Buy | SUNL | 1,992 | $8.500 |
| 7/16/2021 | Buy | SUNL | 548 | $7.950 |
| 7/16/2021 | Buy | SUNL | 452 | $7.950 |
| 8/19/2021 | Buy | SUNL | 4 | $5.650 |
| 8/19/2021 | Buy | SUNL | 10 | $5.650 |
| 8/19/2021 | Buy | SUNL | 4,728 | $5.650 |
| 8/19/2021 | Buy | SUNL | 2,582 | $5.650 |
| 8/19/2021 | Buy | SUNL | 176 | $5.650 |
| 11/4/2021 | Buy | SUNL | 450 | $5.650 |
| 11/4/2021 | Buy | SUNL | 74 | $5.650 |
| 11/4/2021 | Buy | SUNL | 2,000 | $5.650 |
| 11/4/2021 | Buy | SUNL | 1,596 | $5.650 |
| 11/4/2021 | Buy | SUNL | 300 | $5.650 |
| 11/19/2021 | Buy | SUNL | 100 | $4.980 |
| 11/19/2021 | Buy | SUNL | 300 | $4.980 |
| 11/22/2021 | Buy | SUNL | 200 | $4.980 |
| 11/22/2021 | Buy | SUNL | 300 | $4.980 |
| 11/22/2021 | Buy | SUNL | 100 | $4.980 |
| 11/22/2021 | Buy | SUNL | 2,320 | $4.980 |
| 11/22/2021 | Buy | SUNL | 284 | $4.980 |
| 11/22/2021 | Buy | SUNL | 172 | $4.980 |
| 11/22/2021 | Buy | SUNL | 100 | $4.980 |
| 11/22/2021 | Buy | SUNL | 100 | $4.980 |

| Date | Action | Symbol | Quantity | Price |
|---|---|---|---|---|
| 11/22/2021 | Buy | SUNL | 100 | $4.980 |
| 11/22/2021 | Buy | SUNL | 100 | $4.980 |
| 11/22/2021 | Buy | SUNL | 328 | $4.980 |
| 11/22/2021 | Buy | SUNL | 100 | $4.980 |
| 11/22/2021 | Buy | SUNL | 200 | $4.980 |
| 11/22/2021 | Buy | SUNL | 96 | $4.980 |
| 11/22/2021 | Buy | SUNL | 100 | $4.980 |
| 11/23/2021 | Buy | SUNL | 423 | $4.470 |
| 11/23/2021 | Buy | SUNL | 19 | $4.470 |
| 11/23/2021 | Buy | SUNL | 1,816 | $4.470 |
| 11/23/2021 | Buy | SUNL | 1,700 | $4.470 |
| 11/23/2021 | Buy | SUNL | 1,042 | $4.470 |
| 11/26/2021 | Buy | SUNL | 604 | $4.200 |
| 11/26/2021 | Buy | SUNL | 1,396 | $4.200 |
| 12/14/2021 | Buy | SUNL | 8,000 | $3.590 |
| 12/14/2021 | Buy | SUNL | 73 | $3.600 |
| 12/14/2021 | Buy | SUNL | 412 | $3.600 |
| 12/14/2021 | Buy | SUNL | 600 | $3.600 |
| 12/14/2021 | Buy | SUNL | 88 | $3.600 |
| 12/14/2021 | Buy | SUNL | 100 | $3.600 |
| 12/14/2021 | Buy | SUNL | 600 | $3.600 |
| 12/14/2021 | Buy | SUNL | 127 | $3.600 |
| 9/29/2022 | Buy | SUNL | 551 | $1.150 |
| 9/29/2022 | Buy | SUNL | 2,049 | $1.150 |
| 9/29/2022 | Buy | SUNL | 100 | $1.150 |
| 9/29/2022 | Buy | SUNL | 200 | $1.150 |
| 9/29/2022 | Buy | SUNL | 6,200 | $1.150 |
| 9/29/2022 | Buy | SUNL | 100 | $1.150 |
| 9/29/2022 | Buy | SUNL | 100 | $1.150 |
| 9/29/2022 | Buy | SUNL | 1,200 | $1.150 |
| 9/29/2022 | Buy | SUNL | 1,300 | $1.150 |
| 9/29/2022 | Buy | SUNL | 400 | $1.150 |
| 9/29/2022 | Buy | SUNL | 200 | $1.150 |
| 9/29/2022 | Buy | SUNL | 12,500 | $1.150 |

| 9/29/2022 | Buy | SUNL | 100 | $1.150 |