**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MITCHELL WAX,**<br>**Plaintiff,**<br>**v.**<br>**CROSS RIVER BANK,**<br>**Defendant.** | **Civil Action No. 24-9510 (ES) (JRA)**<br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is Defendant Cross River Bank's ("CRB" or "Defendant") motion to dismiss Lead Plaintiff Mitchell Wax's ("Plaintiff") Complaint (D.E. No. 1 ("Complaint" or "Compl.")). (D.E. No. 39 ("Motion to Dismiss" or "Mot.")). Having carefully considered the parties' submissions in support of and in opposition to the Motion, the Court decides Defendant's Motion without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b). For the reasons set forth in the Court's Opinion to follow,

**IT IS** on this 31st day of March 2026,

**ORDERED** that Defendant's Motion is **GRANTED** in full; and it is further

**ORDERED** that Plaintiff's Complaint (D.E. No. 1) is **DISMISSED** *without prejudice*; and it is further

**ORDERED** that Plaintiff may file a second amended complaint that cures the deficiencies noted in the Court's Opinion to follow within **thirty days** of the issuance of the Court's forthcoming Opinion; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** docket entry number 39.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**