**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MITCHELL WAX,**<br>**Plaintiff,**<br>**v.**<br>**CROSS RIVER BANK,**<br>**Defendant.** | **Civil Action No. 24-9510 (ES) (JRA)**<br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is defendant Cross River Bank's ("Defendant") letter requesting that the Court convert its dismissal of plaintiff Mitchell Wax's ("Plaintiff") Complaint into a dismissal *with prejudice*. (D.E. No. 44). It appearing:

1. Lead Plaintiff Mitchell Wax initiated this putative class action against Defendant on September 27, 2024. (*See generally* D.E. No. 1 ("Complaint")). On July 25, 2025, Defendant moved to dismiss the complaint. (*See generally* D.E. No. 39 ("Motion")). Pursuant to the briefing schedule ordered by the Court, (D.E. No. 38), on the same day, Plaintiff filed an opposition, (*see generally* D.E. No. 40), and Defendant replied, (*see generally* D.E. No. 41).

2. On March 31, 2026, the Court issued an order granting Defendant's Motion, dismissing Plaintiff's Complaint without prejudice, and providing Plaintiff thirty days from the issuance of the Court's then-forthcoming opinion to file an amended complaint. (D.E. No. 42 ("Order")). The Court issued its opinion on April 1, 2026, (D.E. No. 43 ("Opinion")), meaning that Plaintiff had to file any curative amendment by May 1, 2026.

3. Plaintiff did not do so. Nor did Plaintiff request an extension of that deadline. Indeed, Plaintiff has not taken any steps to litigate this matter since the Court dismissed his pleading, without prejudice, on March 31, 2026. It therefore appears that Plaintiff has abandoned his claims.

4. Based on the foregoing, and in light of the Clear warning the Court provided in its Order and Opinion, the Court will now dismiss Plaintiff's claims *with prejudice*. (*See* Opinion at 17 ("The Court cautions Plaintiff that failure to cure the deficiencies noted in the Court's Opinion may result in the dismissal of Plaintiff's claims with prejudice.")).

Accordingly, IT IS on this 10th day of July 2026,

**ORDERED** that Plaintiff's Complaint, (D.E. No. 1), is **DISMISSED** *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall CLOSE the case.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**